LEONARD PORTER, Appellant, v. WALDO G. FAY, Respondent.— This appeal will be dismissed, with ten dollars costs and disbursements, unless before April thirteenth the plaintiff shall have the order resettled at Special Term so as to omit the recital that the order was on motion of counsel for plaintiff. In the event of such resettlement the appeal may then be restored to the April calendar. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM FRIEND, Appellant.— Judgment of conviction of the Court of Special Sessions reversed, and defendant discharged on the ground that criminal possession is not established. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH WALDT, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL A. AJAS, Relator, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— The determination of the board of education is annulled, and a new trial and hearing directed, with fifty dollars costs to the relator to abide the event, upon the ground that the trial committee erred in taking, by its chairman, the statements of the various people subsequently to the close of the taking of the evidence, and in receiving from him the transcript of the statements so taken, all in the absence of the relator, and without his knowledge or information or any notice thereof to his attorney. Such procedure was palpably wrong, and it is impossible to conclude that such statements did not to some extent influence the minds of the triers. However, the evidence properly received by the committee at the trial, to sustain the charges, seems so substantial that we conclude that a new trial should be had. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.